

MAHONEY & KEANE, LLP
Attorneys for Plaintiff
MTS LOGISTICS INC.
11 Hanover Square, Tenth Floor
New York, NY 10005
Tel (212) 385-1422
File No. 12/3571/B/08/3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MTS LOGISTICS INC.,

    Plaintiff(s),

-against-

BLUE GLOBAL ENTERPRISES, INC.,

    Defendant(s).



RULE 7.1 STATEMENT

    Pursuant to the Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MTS LOGISTICS INC. certifies that the following are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York

    June 13, 2008

                      MAHONEY & KEANE, LLP
                      Attorneys for Plaintiffs
                      MTS LOGISTICS INC.

By: _____
      Jorge A. Rodriguez
      11 Hanover Square, Tenth Floor
      New York, NY 10005