| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT**<br>EFFECTED (1) BY ME: **CHRISTOPHER OBIE**<br>TITLE: **PROCESS SERVER** | DATE: **06/24/2008  05:00PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

BLUE GLOBAL ENTERPRISES, INC.

Place where served:

2125 CENTER AVENUE  SUITE #404 FORT LEE NJ 07024

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

STANLEY CHOI

Relationship to defendant: OWNER

Description of person accepting service:

SEX: M   AGE: 45-55   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: YELLOW   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

MOVED TO DIFFERENT SUITE

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/24/20 08

SIGNATURE OF CHRISTOPHER OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   JORGE A. RODRIGUEZ
PLAINTIFF:  MTS LOGISTICS, INC.
DEFENDANT:  BLUE GLOBAL ENTERPRISES, INC.
VENUE:      DISTRICT
DOCKET:     08 CV 5488

06/24/08
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.