```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MTS LOGISTICS, INC.,

                       Plaintiff,

        -against-                           08 Civ. 5488 (DAB)
                                            ORDER TO SHOW CAUSE

BLUE GLOBAL ENTERPRISES, INC.,

                       Defendant.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court's records indicate that Defendant Blue Global Enterprises, Inc. was served with the Complaint in this matter on June 24, 2008. To date, Defendant has failed to respond to the Complaint. Despite Defendant's default, Plaintiff has failed to prosecute this action.

Accordingly, if Plaintiff fails either TO SHOW CAUSE by affidavit or to move for Default Judgment against Defendant by October 6, 2008, this case shall be dismissed, <u>with prejudice</u>, for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) ("[T]he authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted." (quoting Link v. Wabash R.R. Co., 370 U.S. 626, 629 (1962))).

SO ORDERED.

Dated:   New York, New York
         September 4, 2008

*[signature: Deborah A. Batts]*

Deborah A. Batts
United States District Judge